AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| James Muhammad *also known as James Wright, Sr.*,<br>*Plaintiff,*<br>v.<br><br>Angle E. Little *Judge*; Katie Cleveland *Solicitor*; South Carolina, State of; The Upper Panel; Aiken County Detention Center *Lt. Bowman Lt. Krudon*,<br><br>*Defendants.* | )<br>)<br>)<br>)<br>)<br>) Civil Action No.    3:22-cv-01622-MGL |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

■ The plaintiff, James Muhammad *also known as James Wright, Sr.*, shall take nothing of the defendants, Angle E. Little *Judge*, Katie Cleveland *Solicitor*, South Carolina, State of, The Upper Panel and Aiken County Detention Center *Lt. Bowman Lt. Krudon*, and this action is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Mary Geiger Lewis, United States District Judge, presiding, adopting the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the action.

Date:   April 19, 2023                         *ROBIN L. BLUME, CLERK OF COURT*

                                                                                        s/L. Baker

                                                                      *Signature of Clerk or Deputy Clerk*